IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALFRED L. NEWCOMB                                                                                  PLAINTIFF

V.                                                                         CIVIL ACTION NO.: 1:12-CV-204-SA-DAS

CORINTH SCHOOL DISTRICT                                                                         DEFENDANT

## ORDER ON MOTION FOR SUMMARY JUDGMENT

Presently before the Court is Defendant's Motion for Summary Judgment [40]. For the reasons set forth in a Memorandum Opinion entered this day, Defendant's motion is granted in part and denied in part. The motion is granted as to Newcomb's prescriptive interference claim, but denied as to his proscriptive retaliation claim. Additionally, the parties are granted until May 27, 2014 to provide additional briefing on the continuing viability of the mixed-motive framework at it applies to FMLA retaliation claims.

SO ORDERED, this the 1st day of May, 2014.

                                        **/s/ Sharion Aycock**
                                        **U.S. DISTRICT JUDGE**